```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/31/2023___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSEPH VOLFMAN,                          :
                                         :          22-CV-9985 (PGG) (RWL)
                    Plaintiff,           :
                                         :
           - against -                   :          **ORDER**
                                         :
RARO INC. d/b/a RAFELE and ROKA, LLC,    :
                                         :
                    Defendants.          :
                                         :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     Defendants' response to the complaint was due by January 5, 2023.  No response

appears on file. By **February 7, 2023**, Plaintiff shall file a status report and indicate

whether Plaintiff intends to seek default judgment.


     SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE


Dated: January 31, 2023
    New York, New York

Copies transmitted this date to all counsel of record.