UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────x
JOSEPH VOLFMAN,                                  Civil Action No. 1:22-CV-9985

      Plaintiff,

-against-
                                                 **NOTICE OF VOLUNTARY
                                                 DISMISSAL**

RARO INC d/b/a RAFELE and ROKA, LLC,

      Defendants.
───────────────────────────────x

    Plaintiff Joseph Volfman, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action with prejudice.

    Dated: March 28, 2023

By: _/s/ Andre Autz_

Andre Autz, Esq.
*Attorney for Plaintiff*
Nacmias Law Firm, PLLC.
940 Atlantic Ave
Brooklyn, New York 11238
(917) 602-6057